## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 17-CV-20513-LENARD/GOODMAN

JGS2021001250

Plaintiff:
DIEGO FERNANDO PEREZ SOLARTE and all others similarly situated under 29, U.S.C. 216(b)

vs.

Defendant:
GEORGIO'S BAKERY MARKET, INC., a/k/a GEORGIOS BAKERY & BISTRO, PETER TSIALIAMANIS,

For:
J.H. ZIDELL, ESQUIRE
J.H. ZIDELL, P.A.
300 71 STREET
SUITE 605
MIAMI BEACH, FL 33141

Received by COURTESY FLORIDA PROCESS SERVERS 365 on the 13th day of February, 2017 at 5:00 pm to be served on PETER TSIALIAMANIS, 6960 NW 3 AVENUE, BOCA RATON, FL 33487

I, Joseph Leonardi, do hereby affirm that on the 15th day of February, 2017 at 5:55 pm, I:

SUBSTITUTE served by delivering a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT with the date and hour of service endorsed thereon by me, to: SOPHIE TSIALIAMANIS as DAUGHTER at the address of: 6960 NW 3 AVENUE, BOCA RATON, FL 33487, the within named person's usual place of Work, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am not a party to the above action and over age eighteen. The server is certified in the county where the process was served and in good standing with the said court. I also certify that service was made in accordance with Florida Statutes 48.031 and Florida R.C.P. (C) and Rule 4 (C), 50 U.S.C and section 520 F.T. Sec.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. F.S. 92.525 (2

Joseph Leonardi
CPS # 364

COURTESY FLORIDA PROCESS SERVERS 365
Payment Center
P.O. Box 40-3621
Miami Beach, FL 33140
(888) 319-3160
Our Job Serial Number: JGS-2021001250

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n