UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 17-20513-CIV-LENARD/GOODMAN**

**DIEGO FERNANDO PEREZ SOLARTE**
and all others similarly situated under
29 U.S.C. 216(b),

      Plaintiff,
vs.

**GEORGIO'S BAKERY MARKET, INC.,**
a/k/a GEORGIOS BAKERY & BISTRO,
**PETER TSIALIAMANIS**,

      Defendants.
_____/

**JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

      In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| | | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes _____ | No _____ |
| 2. | Motions for Costs | Yes _____ | No _____ |
| 3. | Motions for Attorney's Fees | Yes _____ | No _____ |
| 4. | Motions for Sanctions or Contempt | Yes _____ | No _____ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | Yes _____ | No _____ |
| 6. | Motions to Certify or Decertify Class | Yes _____ | No _____ |
| 7. | Motions for Preliminary Injunction | Yes _____ | No _____ |
| 8. | Motions for Summary Judgment | Yes _____ | No _____ |
| 9. | Motions to Remand (in removal cases) | Yes_____ | No _____ |
| 10. | All other Pre-Trial Motions | Yes _____ | No _____ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | Yes _____ | No _____ |

_____       _____
          (Date)                                               Signature of _____
                                                               Counsel for _____

Case No. 17-20513-CIV-LENARD/GOODMAN

_____         _____
         (Date)                                  Signature of_____
                                                        Counsel for  _____

_____         _____
         (Date)                                  Signature of _____
                                                        Counsel for  _____

_____         _____
         (Date)                                  Signature of_____
                                                        Counsel for  _____