UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20513-CIV-LENARD/GOODMAN

**DIEGO FERNANDO PEREZ SOLARTE**
and all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

vs.

**GEORGIO'S BAKERY MARKET, INC.,**
a/k/a **GEORGIOS BAKERY & BISTRO,**
**PETER TSIALIAMANIS**,

    Defendants.

_____/

**JOINT SCHEDULING FORM**
**[to be attached to and filed with the Joint Scheduling Report]**

    The Parties shall jointly complete this Form by providing dates certain (e.g. January 1, 2006) for each action or event.  Unilateral filings will not be accepted.

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| _____ | All motions for joinder of parties, to amend pleadings, and to add opt-in plaintiff(s) (with requisite consent(s) and affidavits) shall be filed. |
| _____ | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial.  Only those witnesses named on this list shall be permitted to testify at trial. |
| _____ | All **fact** discovery must be completed.  The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |

Case No. 17-20513-CIV-LENARD/GOODMAN

_____    Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.  Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial.  Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s).

_____    Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.  Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial.  Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s).

_____    All **expert** discovery must be completed.

_____    All dispositive motions, pre-trial motions, and memoranda must be filed, including any motions to exclude or to limit proposed expert testimony.

_____    Mediation shall be completed.

_____    Proposed date before which all motions in limine must be filed.

_____    Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e).

_____    Proposed date for pre-trial conference.

_____    Proposed date for trial.

Case No. 17-20513-CIV-LENARD/GOODMAN

| ADDITIONAL DEADLINES OR DATES | ACTION OR EVENT |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |