UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20513-CIV-JAL

DIEGO FERNANDO PEREZ SOLARTE and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
        Plaintiff, )
  vs. )
)
GEORGIO'S BAKERY MARKET, INC., )
a/k/a GEORGIOS BAKERY & BISTRO, )
PETER TSIALIAMANIS, )
)
        Defendants. )
_____ )

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH [DE9]**

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with [DE9], and states that Plaintiff has served Defendants, by and through their counsel, per the requirements set forth in the Court's Order [DE9] on 4/6/17.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/6/17 TO:**

**PETER JOSEPH MARSHALL BOBER, ESQ.**
**BOBER & BOBER, P.A.**
**1930 TYLER STREET**
**HOLLYWOOD, FL 33020**
**PH: 954-922-2298**
**FAX: 922-5455**
**EMAIL: PETER@BOBERLAW.COM**

BY:\_\_\_/s/\_\_\_Rivkah Jaff_____
       **RIVKAH JAFF, ESQ.**