UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-20513-JAL

DIEGO FERNANDEZ PEREZ SOLARTE, and all others
Similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

GEORGIO's BAKERY MARKET, INC., a/k/a GEORGIO'S
BAKERY & BISTRO, and PETER TSIALIAMANIS

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

The Defendants, by and through undersigned counsel, file this Response to Plaintiff's Statement of Claim, and state:

For the period of February 10, 2014 to July 11, 2015, Defendants maintain the Plaintiff was paid $5.00 per hour in wages, plus tips from customers.

Based on the information available to Defendants at this time, Defendants maintain that for the period of February 10, 2014 to July 11, 2015, Defendants deny they owe the Plaintiff any federal minimum wages, and deny the Plaintiff worked any overtime hours.  For the period of July 12, 2015 to February 9, 2017, Defendants admit they owe the Plaintiff the federal minimum wage less the tip credit for tipped employees for regular hours worked, and admit they owe the Plaintiff the federal overtime rate less the tip credit for tipped employees for any overtime hours worked.

Based on the information available to Defendants at this time, Defendants dispute the amount of work hours and amount of wages the Plaintiff claims. The Defendants incorporate

herein all defenses and affirmative defenses asserted in the Defendants' Answer (DE 14). Defendants maintain the Plaintiff is a tipped employee and Defendants are entitled to a tip credit.

Pursuant to the Court's Order (DE 9), Defendants contemporaneously are serving copies of all supporting documents. The Defendants' investigation of the Plaintiff's claims is ongoing.

Respectfully submitted,

By: Samara Robbins Bober
PETER BOBER
FBN:  0122955
SAMARA ROBBINS BOBER
FBN: 0156248
BOBER & BOBER, P.A.
1930 Tyler St.
Hollywood, FL 33020
Phone: (954) 922-2298
Fax: (954) 922-5455
peter@boberlaw.com
samara@boberlaw.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/.  Samara Robbins Bober

## **SERVICE LIST**

Neil Toback, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax:(305)865-7167
zabogado@aol.com
*Attorney for Plaintiff*